UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: CR 03-40122-WHA |
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| RAYMOND REISS, | |
| Defendant. | |

This matter came before the Court on September 27, 2011, for detention hearing in connection with a charge of violating supervised release conditions in the above matter on July 21, 2011.  The defendant was represented by Ben Schnayerson, and the government was represented by Benjamin Tolkoff, Assistant United States Attorney.

As this matter involves an alleged violation of the terms of defendant's supervised release, the defendant bears the burden of showing by clear and convincing evidence that he does not pose a risk of flight and is not a danger to the safety of another person or the community.  United States v. Loya, 23 F.3d 1529, 1531 (9th Cir. 1994); 18 U.S.C. § 3143(a).  After conducting a detention hearing, and carefully considering the proffers from the parties and the Probation Department, the Court could not find by clear and

ORDER RE
DETENTION
CR 03-40122 WHA

1  convincing evidence that there are a set of conditions of release that can reasonably assure
2  Defendant's appearance as required at court or that he does not pose a danger to another
3  person or the community.  The Court's finding was based, in part, on Defendant's long
4  history of Form 12 violations, including violations on July 6, 2010, April 12, 2011, and
5  July 12, 2011.  Further, the most recent alleged violation, on July 21, 2011, was
6  uncovered as a result of a search ordered by the district court as a consequence of the
7  earlier violations of supervised release.  Defendant's violations of supervised release also
8  appear to be escalating in seriousness.  While the Court appreciated that Defendant has a
9  young family and a job and thus an incentive to abide by the terms of his supervised
10 release, his recent history of violations demonstrated that he simply is not amenable to
11 supervision at this time.
12      For the foregoing reasons, Defendant is ordered DETAINED pending resolution of
13 the Amended Form 12 petition filed July 25, 2011.

16 DATED: September 30, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

ORDER RE
DETENTION
CR 03-40122 WHA